**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **NANCY K. HAMMOND**, on behalf of herself and for all present and former employees similarly situated,<br><br>                    **Plaintiff**,<br><br>v.<br><br>**LOWE'S HOME CENTERS, INC.**,<br><br>                    **Defendant**. | )<br>)<br>)<br>)<br>)    Case No.: 02-2509-CM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT**
**AGREEMENT UNDER SEAL**

In a separate pleading filed simultaneously with this motion, Defendant Lowe's Home Centers, Inc. and Plaintiffs Nancy K. Hammond, Rodney Menton, Douglas Dishman, Jennifer Thompson, Linda Paulson, Michael Ferguson, and Mark Weisberg ("Plaintiffs") seek approval of their settlement of Plaintiffs' claims under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201-219, and entry of a stipulated judgment.  By this motion, the parties jointly seek permission to file under seal an executed copy of their Confidential Stipulation of Settlement, which includes as attachments a proposed Court-Ordered Notice and a Consent-to-Join and Release and Waiver (collectively "Settlement Agreement").  As more fully discussed in their Memorandum in Support, the parties respectfully request that the Settlement Agreement remain under seal.  A proposed Order will be submitted.

Respectfully submitted,

POLSINELLI SHALTON WELTE SUELTHAUS PC

By: /s/ Anthony J. Romano
    ─────────────────────────────
ANTHONY J. ROMANO  (#13486)
700 West 47th Street, Suite 1000
Kansas City, Missouri  64112
(816) 753-1000
Fax No. (816) 753-1536

MARKO J. MRKONICH (admitted *pro hac vice*)
ANDREW J. VOSS (admitted *pro hac vice*)
Littler Mendelson, P.C.
33 South 6th Street, Suite 3110
Minneapolis, Minnesota  55402-3720
(612) 630-1000
Fax No. (612) 630-9626

KEITH HULT (admitted *pro hac vice*)
JOHN YBARRA (admitted *pro hac vice*)
Littler Mendelson, P.C.
200 North LaSalle Street, Suite 2900
Chicago, Illinois  60601
(312) 372-5520
Fax No. (312) 372-7880

RICHARD L. WYATT, JR. (*pro hac vice* pending)
W. RANDOLPH TESLIK (*pro hac vice* pending)
ROBERT G. LIAN, JR. (*pro hac vice* pending)
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4000
Fax No.  (202) 887-4288

ATTORNEYS FOR DEFENDANT LOWE'S HOME CENTERS

By: /s/ Michael F. Brady (w/permission)
      ────────────────────────────────
MICHAEL F. BRADY  (#18630)
5350 College Boulevard, Suite 118
Overland Park, Kansas  66211
(913) 696-0925
Fax No.  (913) 696-0468

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Dennis E. Egan, Esq.
Stephen J. Dennis, Esq.
323 W. 8th Street, Suite 200
Kansas City, MO 64105

Thomas H. Brill
8014 State Line Road-Ste. 101
Leawood, KS 66208-3712

Alan Grady Crone
James R. Becker, Jr.
James Julius Webb, Jr.
Crone  & Mason, P.C.
5100 Poplar Ave., Suite 3200
Memphis, TN 38137

J. Nelson Thomas
Dolin, Thomas & Soloman, LLP
693 East Avenue
Rochester, New York 14607
ATTORNEYS FOR PLAINTIFFS

/s/ Anthony J. Romano
────────────────────────────────

029321 / 061979
JAWAR  1397993