## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NANCY K. HAMMOND,<br>RODNEY MENTON,<br>DOUGLAS DISHMAN,<br>JENNIFER THOMPSON,<br>LINDA PAULSON,<br>MICHAEL FERGUSON,<br>MARK WEISBERG,<br><br>On Behalf Of Themselves And All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>LOWE'S HOME CENTERS, INC.,<br><br>        Defendant. | **CIVIL ACTION**<br><br>**No. 02-2509-CM-GLR** |

## ORDER

Having considered the Parties' Joint Motion to File Confidential Settlement Agreement Under Seal and their Memorandum in Support, it is hereby ORDERED that the Parties' Joint Motion is GRANTED. It is further ORDERED that the parties may file under seal the Confidential Stipulation of Settlement and attachments and that such documents shall remain SEALED.

**ENTERED this 22nd day of September, 2006.**

                                              **s/ Carlos Murguia**

                                              **Hon. Carlos Murguia**
                                              **United States District Court Judge**