## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NANCY K. HAMMOND, ) | |
| RODNEY MENTON, ) | |
| DOUGLAS DISHMAN, ) | |
| JENNIFER THOMPSON, ) | |
| LINDA PAULSON, ) | **CIVIL ACTION** |
| MICHAEL FERGUSON, ) | |
| MARK WEISBERG, ) | **No. 02-2509-CM-GLR** |
| ) | |
| On Behalf Of Themselves And All Others ) | |
| Similarly Situated, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LOWE'S HOME CENTERS, INC., ) | |
| Defendant. ) | |
| ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon review and consideration of the parties Confidential Settlement Agreement filed under seal on September 22, 2006, it is hereby **ORDERED** that the form of the parties Confidential Settlement Agreement is hereby **APPROVED**.

Dated this 29th day of September 2006, at Kansas City, Kansas.

**SO ORDERED.**

                                              s/ Carlos Murguia
                                              CARLOS MURGUIA